RWW JPV1

No. _____ **CR10 00414 RMW PVT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

FILED
2010 MAY 26 P 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
SAN JOSE

E-filing

## THE UNITED STATES OF AMERICA

*vs.*

## EVELYN SINENENG-SMITH

---

## INDICTMENT

**COUNTS ONE - THREE:**       8 U.S.C. § 1324(a)(1)(A)(iv) & (B)(i);

**COUNTS FOUR - SIX:**        18 U.S.C. § 1341;

**COUNTS SEVEN-EIGHT:**       28 U.S.C. § 7206(1)

---

*A true bill.*

_____
*Foreperson*

---

*Filed in open court this* __26th__ *day of* __May__

*A.D. 2010*

_____
*United States Magistrate Judge*

Bail. $ __Issue Summons for 6/17/10 at 1:30 before MJ.Trumbull__

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2010 MAY 26  P 3: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 10  00414 RMW   PVT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **VIOLATIONS**: Title 8, United States Code, Sections 1324(a)(1)(A)(iv) & (B)(i) - Encouraging and Inducing Illegal Immigration for Private Financial Gain; Title 18, United States Code, Section 1341 - Mail Fraud; Title 26, United States Code, Section 7206(1) - Willfully Subscribing to a False Tax Return |
| v. | ) | |
| EVELYN SINENENG-SMITH, | ) | |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |

## INDICTMENT

The Grand Jury charges:

At all times relevant to this indictment:

1.  From approximately 1990 until April 2008, Evelyn Sineneng-Smith ("Sineneng-Smith) owned and operated an immigration consultation business located at 1022 West Taylor Street in San Jose, California. She also had "store front" offices in Beverly Hills, California, La Jolla, California, Las Vegas, Nevada, and New York, New York.

2.  As an immigration consultant, Sineneng-Smith counseled foreign nationals on applying for and obtaining employment-based visas in order for them to work in the residential health care industry.

**INDICTMENT**

3. The United States Citizenship and Immigration Services ("USCIS") is a government agency within the United States Department of Homeland Security that oversees lawful immigration to the United States.

4. An "alien" is any person who is not a citizen or national of the United States.

5. A "non-immigrant visa" provides an alien with a temporary stay in the United States, and an "immigrant visa" is issued for permanent residence in the United States.

6. Under United States immigration law, an alien can obtain an employment-based visa. An employer must first file an application, known as a Form ETA-750, with the United States Department of Labor ("USDOL") seeking to hire the alien. After USDOL approves the form, the employer can apply on the alien's behalf to obtain a visa number and file an application with USCIS called the I-140, Petition for Alien Worker. The petition is signed under penalty of perjury. The Department of State issues a limited number of visas annually, and if a visa for the employment-based visa category is available, an alien can file form I-485, Application to Register Permanent Residence or Adjust Status, to became a lawful permanent resident of the United States. This form is also signed under penalty of perjury.

7. In 1994, Congress enacted Section 245(i) of the Immigration and Naturalization Act, known as the Legal Immigration Family Equity Act ("LIFE Act"), which permitted certain aliens who were otherwise ineligible for adjustment of status to pay a penalty in order to adjust their status without leaving the United States. The LIFE Act temporarily extended the ability of certain aliens to adjust their status until April 30, 2001. Therefore, in order for an alien to adjust his status under Section 245(i), he must be the beneficiary of a qualifying immigrant visa petition or application for labor certification that was filed on or before April 30, 2001 and meet statutory and regulatory requirements. The LIFE Act was previously limited to eligible aliens who filed applications on or before January 14, 1998.

<u>COUNTS ONE THROUGH THREE</u>: (8 U.S.C. § 1324(a)(1)(A)(iv) & (B)(i) - Encouraging and Inducing Illegal Immigration for Private Financial Gain)

8. The factual allegations contained in Paragraphs One through Seven are realleged and incorporated herein by reference as if set forth in full.

**INDICTMENT** 2

9. On or about on the dates set forth below, in the Northern District of California, the defendant,

**EVELYN SINENENG-SMITH,**

identified in the counts below, for the purpose of private financial gain, did encourage and induce an alien to reside in the United States, knowing and in reckless disregard of the fact that such residence in the United States was in violation of the law:

| COUNT | RETAINER AGREEMENT | ALIEN'S INITIALS | ALIEN'S ADMISSION NUMBER (I-94) |
|---|---|---|---|
| ONE | June 5, 2005 | O.G. | XXXXXX0310 |
| TWO | May 5, 2007 | A.G. | XXXXXX6809 |
| THREE | June 18, 2007 | H.E. | XXXXXX9809 |

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(vi) and (B)(i).

<u>COUNTS FOUR THROUGH SIX</u>: (18 U.S.C. § 1341 - Mail Fraud)

10. The factual allegations contained in Paragraphs One through Nine are realleged and incorporated herein by reference as if set forth in full.

11. It was part of the scheme and artifice to defraud that Sineneng-Smith counseled foreign nationals, most of whom entered the United States on visitor's visas from the Philippines, to apply for a Department of Labor Foreign Labor Certification in order to work in residential health care facilities.

12. It was part of the scheme and artifice to defraud that Sineneng-Smith entered into contracts known as "Retainer Agreement For Professional Services" with foreign nationals and their employers to file, among other documents, applications for a Foreign Labor Certification with the DOL, and an I-140, Petition for Alien Worker, with CIS. Sineneng-Smith charged approximately $5,900.00 for the filing of an application for a Foreign Labor Certification with the DOL, and $900.00 for the filing of the I-140 form with CIS.

13. It was part of the scheme and artifice to defraud that Sineneng-Smith promoted DOL's labor certification program as a way for foreign nationals to obtain a permanent resident employment-based visa, all the while knowing full well that foreign nationals who did not file

**INDICTMENT**                                                3

petitions with DOL or CIS before April 30, 2001 and met certain regulatory and statutory criteria, were not eligible to obtain an employment-based visas. Sineneng-Smith knew that her clients overstayed the amount of time that they were allowed to be in the United States and worked illegally at various heath care facilities.

14. It was further part of the scheme and artifice to defraud that Sineneng-Smith gave her clients a document, entitled "Prayer for Your Mercy & Leniency" addressed to state and federal government agencies. The document, which contained Sineneng-Smith's signature, stated that the alien who possessed it was applying for a Department of Labor Foreign Labor Certification, and requested the government official exercise his discretion to allow the alien to remain in the United States during the processing of application. The bottom of the letter listed an expiration date.

15. On or about on the dates listed in the counts below, in the Northern District of California and elsewhere, the defendant,

EVELYN SINENENG-SMITH,

having devised and intending to devise a scheme and artifice to defraud and obtain money by means of materially false and fraudulent pretenses, representations, and promises, as described above, and for the purpose of executing said scheme and artifice and attempting so to do, knowingly deposited and caused to be deposited to be sent and delivered by the United States Postal Service the following documents:

| COUNT | DATE | DOCUMENT | MAILED FROM | MAILED TO |
|---|---|---|---|---|
| FOUR | December 2, 2005 | Letter from Sineneng-Smith transmitting Department of Labor Application for Permanent Employment Certification for client O.G. | San Jose, CA | Chicago, IL |
| FIVE | July 12, 2007 | Letter signed by Sineneng-Smith accompanying Form I-140, Immigrant Petition for Alien Worker, on behalf of client A.G. | San Jose, CA | Lincoln, NE |

INDICTMENT                    4

| SIX | October 22, 2007 | Letter to client H.E. from Sineneng-Smith entitled "Prayer for Your Mercy & Leniency on behalf of H.E." | San Jose, CA | Soquel, CA |

All in violation of Title 18, United States Code, Section 1341.

<u>COUNT SEVEN</u>: (26 U.S.C. § 7206(1) - Willfully Subscribing to a False Tax Return)

16. On or about June 25, 2003, in the Northern District of California, the defendant,

EVELYN SINENENG-SMITH,

then a resident of San Jose, California, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040 (married filing separately) for the tax year 2002, which was verified by a written declaration that it was made under penalties of perjury, and was filed with the Internal Revenue Service, which said U.S. Individual Income Tax Return she did not believe to be true and correct as to every material matter in that the said U.S. Individual Income Tax Return reported gross receipts on Line 1 of Schedule C of the return to be $749,020.00, whereas as she then and there well knew and believed, the gross receipts for her immigration services for the 2002 tax year were greater than the amount reported.

All in violation of Title 26, United States Code, Section 7206(1).

<u>COUNT EIGHT</u>: (26 U.S.C. § 7206(1) - Willfully Subscribing to a False Tax Return)

17. On or about October 15, 2004, in the Northern District of California, the defendant,

EVELYN SINENENG-SMITH,

then a resident of San Jose, California, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040 (married filing separately) for the tax year 2003, which was verified by a written declaration that it was made under penalties of perjury, and was filed with the Internal Revenue Service, which said U.S. Individual Income Tax Return she did not believe to be true and correct as to every material matter in that the said U.S. Individual Income Tax Return reported gross receipts on Line 1 of Schedule C of the return to be $883,758.00, whereas as she then and there well knew and believed, the gross receipts for her immigration services for

**INDICTMENT** 5

the 2003 tax year were greater than the amount reported.

All in violation of Title 26, United States Code, Section 7206(1).

DATED: 5-26-10

A TRUE BILL.

*Jim Bomp*
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: *Susan Knight*)
AUSA KNIGHT

**INDICTMENT**                                   6

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

SEE ATTACHMENT

*E-filing*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAY 26  P 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

DEFENDANT - U.S.
▶ EVELYN SINENENG-SMITH

DISTRICT COURT NUMBER
CR10 00414 RMW

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Special Agent Wendell Wright, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   AUSA SUSAN F. KNIGHT

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
Agent to Serve Summons
[redacted]

Date/Time: 6/17/2010 at 1:30 pm

Before Judge: HOWARD R. LLOYD

Comments:

**Attachment to Penalty Sheet**

U.S. v. EVELYN SINENENG-SMITH

| | |
|---|---|
| Counts 1- 3: | 8 U.S.C. § 1324(a)(1)(A)(iv) & (B)(i) - Encouraging and Inducing Illegal Immigration for Private Financial Gain |
| Penalties: | 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment; |
| Counts 4-6: | 18 U.S.C. § 1341 - Mail Fraud |
| Penalties: | 20 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment; |
| Counts 7-8 | 26 U.S.C. § 7206(1) - Willfully Subscribing to a False Tax Return |
| Penalties: | 3 years imprisonment, $100,000 fine, 1 year supervised release, $100 special assessment, and costs of prosecution. |