```
1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Criminal Chief

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8

9   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0414 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| EVELYN SINENENG-SMITH, | |
| Defendant. | SAN JOSE VENUE |

On November 14, 2011, the undersigned parties appeared before the Court for a status hearing. Assistant United States Attorney Susan Knight informed the Court that the government will be scanning the contents of 60 boxes seized from the defendant's business, and will provide a hard drive to defense counsel Daniel Cook. In addition, the government anticipates superseding the indictment in order to revise some of the charges. Therefore, the parties requested a status appearance on February 13, 2012, and requested an exclusion of time under the Speedy Trial Act from November 14, 2011 through February 13, 2012. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective

preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 12/5/11                    _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney


DATED: 12/5/11                    _____/s/_____
                                  DANIEL F. COOK
                                  Counsel for Ms. Sineneng-Smith


## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from November 14, 2011 through February 13, 2012.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:_____          _____
                                RONALD M. WHYTE
                                United States District Judge