MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0414 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER REQUESTING CONTINUATION OF TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| EVELYN SINENENG-SMITH, | |
| Defendant. | SAN JOSE VENUE |

The undersigned parties in the above-captioned case respectfully request that the trial set for February 4, 2013 and the pretrial conference on January 24, 2012 be vacated. The parties request that the trial be continued to February 25, 2013, with a pretrial conference on February 7, 2013. The reason for the continuance is that the government understands that another case, *United States v. Roller*, CR 08-00361 RMW, will be proceeding to trial on February 4, 2013. In addition, defense counsel Daniel Cook will shortly be seeking leave to file a motion for reconsideration based on the Court's October 12, 2011 *Order Denying Motion to Dismiss Counts One Through Three, Nine, and Ten, and The Forfeiture Allegations of the Superseding Indictment*. Because the motion is dispositive of the allege violations of Title 8, United States

Code, Sections 1324(a)(1)(A)(iv) and (B)(I), the parties wish to resolve the issue prior to trial. Furthermore, the parties are discussing stipulations regarding foundational issues in order streamline the trial. The parties also request an exclusion to time under the Speedy Trial Act from January 24, 2013 to February 25, 2013. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:          MELINDA HAAG
                        United States Attorney

DATED: 1/10/13          _____/s/_____
                        SUSAN KNIGHT
                        Assistant United States Attorney


DATED: 1/10/13          _____/s/_____
                        DANIEL F. COOK
                        Counsel for Ms. Sineneng-Smith

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the trial scheduled for February 4, 2013 and pretrial conference on January 24, 2013 be vacated. The trial shall be continued to February 25, 2013, with a pretrial conference on February 7, 2013 at 2:00 p.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from January 24, 2013 through February 25, 2013. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: _____          _____/s/ Ronald M. Whyte_____
                               RONALD M. WHYTE
                               United States District Judge