1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney          E-FILING
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5061
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
9  Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        )    No. CR 10-0414 RMW
                                     )
15        Plaintiff,                 )    STIPULATION AND []
                                     )    ORDER REQUESTING CONTINUATION
16        v.                         )    OF TRIAL DATE AND EXCLUDING
                                     )    TIME UNDER THE SPEEDY TRIAL ACT
17  EVELYN SINENENG-SMITH,           )
                                     )
18        Defendant.                 )    SAN JOSE VENUE
                                     )
19  _____    )

20        The undersigned parties in the above-captioned case respectfully request that the trial set for

21  February 25, 2013 and the pretrial conference on February 7, 2013 be vacated.  The parties

22  request that the trial be continued to March 18, 2013, with a pretrial conference on February 28

23  2013.  The reason for the continuance is due to government counsel's absence from work due to

24  family matters; the government providing additional discovery to defense counsel, and the need

25  for the parties to discuss trial issues.  The parties also request an exclusion of time under the

26  Speedy Trial Act from February 25, 2013 through March 18, 2013.  The parties agree and

27  stipulate that an exclusion of time is appropriate based on the defendant's need for effective

28  preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).


STIPULATION AND [] ORDER
NO. CR 10-414RMW

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 2/4/13                     _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney


DATED: 2/4/13                     _____/s/_____
                                  DANIEL F. COOK
                                  Counsel for Ms. Sineneng-Smith

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the trial scheduled
for February 25, 2013 and pretrial conference on February 7, 2013 be vacated.  The trial shall be
continued to March 18, 2013, with a pretrial conference on February 28, 2013 at 2:00 p.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
February 25, 2013 through March 18, 2013.  The Court finds, based on the aforementioned
reasons, that the ends of justice served by granting the requested continuance outweigh the best
interest of the public and the defendant in a speedy trial.  The failure to grant the requested
continuance would deny defense counsel reasonable time necessary for effective preparation,
taking into account the exercise of due diligence, and would result in a miscarriage of justice.
The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
3161(h)(7)(A) and (B)(iv).

SO ORDERED.


DATED:_____          _Ronald M. Whyte_____
                               RONALD M. WHYTE
                               United States District Judge