1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  SUSAN KNIGHT (CABN 209013)
   PHILIP GUENTERT (CABN 147374)
5  Assistant United States Attorneys

6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      FAX: (408) 535-5066
8     E-Mail:  Susan.Knight@usdoj.gov
               Philip.Guentert@usdoj.gov
9
10 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0414 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| EVELYN SINENENG-SMITH, | |
| Defendant. | SAN JOSE VENUE |

On February 25, 2013, the undersigned parties appeared before the Court for a status hearing. At the appearance, Daniel Cook, who represents the defendant, requested that the Court vacate the trial date of March 18, 2013 in order to afford him an opportunity to file motions related to discovery, and to review additional discovery provided by the government. The Court granted Mr. Cook's request, and scheduled a status and motions hearing on March 18, 2013. The Court also scheduled a pretrial conference on April 4, 2013, with a trial date of April 22, 2013. The parties also requested an exclusion of time under the Speedy Trial Act from February 25, 2013 through April 22, 2013. The parties agree and stipulate that an exclusion of time is

STIPULATION AND [] ORDER
CR 10-00414 RMW

| | |
|---|---|
| 1 | appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). |

appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:	MELINDA HAAG
	United States Attorney

DATED: 2/26/13	_____
	SUSAN KNIGHT
	PHILIP GUENTERT
	Assistant United States Attorneys

DATED: 2/26/13	_____/s/_____
	DANIEL F. COOK
	Counsel for Ms. Sineneng-Smith

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 25, 2013 through April 22, 2013. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: _____	_____
	RONALD M. WHYTE
	United States District Judge